IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )  Case No. 1:20-cv-02829-RCL<br>      v.  )<br>  )<br>ALON FARHY,  )<br>  )<br>      Defendant.  )<br>_____ ) | |

## RESPONSE TO SHOW CAUSE ORDER

On February 5, 2021, the Court entered an order directing the United States to show cause why the above-captioned case should not be dismissed for failure to prosecute. (Show Cause Order, ECF No. 3.) The United States responds as follows:

1. This is a civil action to collect the penalty assessed against Alon Farhy for his willful failure to report his interest in foreign financial accounts in 2007. (Compl., ECF No. 1.)

2. The United States filed its Complaint on October 5, 2020. *Id.*

3. Upon information and belief, Farhy currently lives in in Tel Aviv, Israel. *Id.*

4. The United States is therefore attempting to serve Farhy under Fed. R. Civ. P. 4(f)(1).

5. The ninety-day deadline to effect service under Rule 4(m) does not apply to service under Rule 4(f). *See* Fed. R. Civ. P. 4(m) ("This subdivision (m) does not apply to service in a foreign country under Rule 4(f) . . . . .").

6. The United States has diligently been attempting to serve Farhy.

7. The undersigned trial attorney had the Complaint, Civil Cover Sheet, and Summons translated from English to Hebrew, the official language of Israel.

8. The undersigned then submitted the translated documents and the original English versions, along with a completed Form USM-94 to the appropriate Central Authority of Israel.

9. The documents were delivered to the Central Authority on December 8, 2020.

10. The undersigned has not yet received an executed summons or any other form of communication regarding service from the Central Authority.

11. Accordingly, this case should not be dismissed, and the United States respectfully requests additional time to properly serve Farhy under Rule 4(f)(i).

Date: February 10, 2021

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Catriona M. Coppler*
CATRIONA M. COPPLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-514-5153 (v)
202-514-6866 (f)
Catriona.M.Coppler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that a copy will be served on the defendant following service of the Summons and Complaint.

*/s/ Catriona M. Coppler*
CATRIONA M. COPPLER
Trial Attorney
United States Department of Justice, Tax Division
