IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALON FARHY, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Case No. 1:20-cv-02829-RCL |

## **ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

This matter is before the Court on the United States' Motion for Default Judgment against Alon Farhy. After reviewing the United States' motion and the record as a whole, the Court finds that the United States' motion is well-taken, that the motion is hereby GRANTED, and it is ORDERED that:

Default judgment is entered pursuant to Fed. R. Civ. P. 55(b) against Alon Farhy for failure to timely report his interests in foreign bank accounts on a Report of Foreign Bank and Financial Accounts for 2007, for the sum of $2,191,439.54 (which includes a late-payment penalty of $325,014.46, in addition to the FBAR penalty assessment of $1,812,256, and pre-judgment interest of $54,169.08), plus accrued pre-judgment interest on the FBAR penalty assessment as provided by 31 U.S.C. § 3717(a)(1) and accrued late-payment penalties under 31 U.S.C. § 3717(e)(2) from and after October 21, 2021 and to the entry of this judgment. Post-judgment interest on the FBAR penalty assessment shall accrue pursuant to 28 U.S.C. § 1961(a) and post-judgment late-payment penalties shall accrue pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full.

2

IT IS SO ORDERED.

    Entered this \_\_\_\_**8th**\_\_\_\_ day of \_\_\_\_**March**\_\_\_\_, 2022.

                                                    *Royce C. Lamberth*
                                        United States District Judge